### III. Statement of Claim(s)

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.

A. Count I:

1. What federal constitutional or statutory right(s) do you claim is/are being violated by defendants? Defendants deprived the Plaintiffs of rights under the 1st, 4th, 5th, 6th, 8th, and 14th Amendments of U.S. and State Constitutions; Federal, State, tribal statutes and By-laws; rights under 1851 and 1868 U.S.-Indian Fort Laramie Treaties; rights & procedures under 2000, 2003 & undated & unsigned Tribal-State Cross-Deputization Agreements.

2. What date and approximate time did the events giving rise to your claim(s) occur? Various dates between July 17, 2019 – December 3, 2020

3. Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe what happened without citing legal arguments, cases, or statutes).

   1. All the Plaintiff(s) are listed on Page #1 and attachment.
   2. Plaintiff Fourstar and Old Chief were wrongfully required to register as sex offender under 2006 Adam Walsh Act despite their obligations to do so being beyond the 5-year Tribal statute of limitations and 10-year state statute of limitations.
   3. Fourstar and Little Sun wrongfully suffered excessive force by non-jurisdictional Wolf Point City Police & Montana State Prison guards & warden.
   4. Fourstar and Old Chief wrongfully suffered COVID-19, painful breathing & joints and severe stomach pains and vomiting and headaches due to unreliable COVID-19 screening and no available FDA approved treatment. (CONTINUED ON PAGE ATTACHMENT)

4. Defendants Involved: (List the name of each defendant involved in this claim and specifically describe what each defendant did or did not do to allegedly cause your injury).

   1. All the Defendant(s) are listed on Page #1 and its attachment.
   2. Defendants Billings Pre-release Alpha House, City of Billings Police Dept. Captain Rich St. John and Yellowstone County Sheriff Mike Linder wrongfully required Plaintiffs Fourstar and Old Chief to register as sex offenders under July 7, 2006 Adam Walsh Act despite their 5-year tribal and 10-state statute(s) of limitations to do so expiring.
   3. Defendants Enrique Morales, Alisha Corpron-Morales and MT. State Prison warden and guards used unlawful excessive force on Plaintiff Fourstar and Little Sun during 8/30/2020 arrest and 2019 detention, respectively. (CONTINUED ON PAGE ATTACHMENT:)

(NOTE: For each additional claim, use a blank sheet labeled "APPENDIX B. STATEMENT OF CLAIMS." You must address paragraphs III(A)(1-4) for each count., following the directions under paragraph III.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. (Do not cite legal arguments, cases, or statutes). Attach additional pages if needed.

1. Fourstar and Old Chief wrongfully suffered COVID-19, painful breathing & headaches, vomiting and emergency-room hospitalization, night sweats, inability to eat, sleep.
2. Fourstar, Fowler, Lyons and Little Sun suffered deprivations COVID-19 treatment and reliable COVID-19 treatment approved by FDA and screening, and other medical, mental and dental, programs, rehabilitative, and religious services and unnecessary COVID-19 risks.
3. ~~Fourstar~~ Fourstar, Fowler, Lyons, and Red Eagle suffered denial jurisdictional procedures

*(NOTE: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX C: INJURY").*

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff(s) request class certification pursuant to Rule 23 of Fed. of Civ. P. with Fourstar's ability to act as class representative; Plaintiffs request global and nation-wide injunctive & declaratory relief enjoining defendants from retaliation and further acts & deprivations/restrictions as those complained of and for the Court to declare those acts & restrictions illegal and unconstitutional; Plaintiffs demand from defendants $30-million dollars punitive damages for physical and mental pain & anguish; and Plaintiffs demand from defendants $30-million dollars & compensatory damages for pain, and deterioration of conditions; Permission to exceed attorney & expert witness fees & costs ⊕⊕⊕;

*(NOTE: If more space is needed to furnish the above information, continue on a blank sheet labeled "APPENDIX D: REQUEST FOR RELIEF").* CONTINUED ON PG.
ATTACHMENT

VI. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."
Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

  A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

  ☒ Yes  ☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Wolf Point, MT. - Roosevelt County Detention Facility, and Billings Pre-release Alpha House

  B.  Does the jail, prison, or other correctional facility where your claim(s) arose have

APPENDIX C: INJURY

in the Fort Peck Tribal Court and Jail (for Lyons, to be freed from non-jurisdictional investigations and arrest from Fort Peck Tribal Police and suffered a taint in his chain-of-evidence and suffered fruits-of-a-poisonous tree).

4. Fourstar, Fowler and Red Eagle suffered from taint-in-chain-of-evidence and fruits-of-a-poisonous-tree from non-jurisdiction state-county-Wolf Point city Police - Poplar city Police - Montana Hiway Patrol(s) who had acted as agents of their federal and state Probation & Parole officers without satisfaction and compliance with the Bureau of Indian Affairs Special Law Enforcement Procedures.

5. Fourstar and Little Sun suffered illegal excessive force, pain, suffering and injuries from non-jurisdictional City of Wolf Point Police Dept. Officers and Montana State Prison Warden and guards.

6. Fourstar and Old Chief suffered punishment as a result of their illegal and non-jurisdictional sex offender registration and publication under 2006, July 7th, sex offender Notification & Registration, illegal restrictions of media and movement, standard of living and right to privacy of person, home and medical records.

7. Fourstar, Old Chief, Little Sun and Fast Horse suffered denial of $600.00 dollars release funds, 2020 CARES Act Payments and/or release funds, and they full 6-months 2nd Chance Act deposit and rental funds upon their release and full and fair home-confinement and Pre-release time under the 2018 First Step Act reauthorized by 2nd Chance Act.

APPENDIX D: REQUEST FOR RELIEF:

; And Plaintiffs request immediate release, community based treatment, COVID-19 treatment in a timely manner under emergency status (to include new COVID-19 strand treatment); immediate and full Pre-release and Home-confinement & $600.00 release funds, full 2020-2021 CARES Act Payments/funds and 2nd Chance Act funding for deposit and 6-months rent.

Fourstar, et al. v. Billings Pre-release Alpha House, No: CV20-73-BLG-SPW-TJC [01]

1. Victor C. Fourstar, Jr. *Victor C. Fourstar, Jr.*, December 24, 2020
2. Chester Littlesun, *[signature]* 12-6-20
3. Ryan Old Chief *[signature]* Ryan Old Chief 11-25-20.
4. Marcus G. Fasthorse *[signature]* 12/3/20